[No. 6352–1.   Division One.   April 26, 1979.]

ROBERT SEFFERNICK, ET AL, *Appellants,* v. ALVIN
W. HOWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 763361, Lloyd W. Bever, J., entered February 17, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Dore, JJ.

[No. 6374–1.   Division One.   April 26, 1979.]

D. R. C., INC., *Appellant,* v. THE DEPARTMENT
OF TRANSPORTATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 839390, W. R. Cole, J., entered February 10, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.

[No. 6380–1.   Division One.   April 26, 1979.]

SONNENBLICK–GOLDMAN CORPORATION, *Respondent,* v.
STUART WATTLES, ET AL, *Defendants,* MARINE
INDUSTRIES NORTHWEST, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 828088, James J. Dore, J., entered February 7, 1978. *Reversed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Williams, J.

[No. 2695–3.   Division Three.   April 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLAN W.
DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 06369, B. E. Kohls, J., entered December 8, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.